IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIE WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 05-309-JPG** |
| ) | |
| **JOHN EVANS, KEITH HUBLER, BRETT** ) | |
| **KLINDWORTH and KAREN PRATT,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| February 28, 2006 | By: **s/ J. Phil Gilbert** |
| *Date* | *District Judge* |